# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VANESSA ARCHILLE

VERSUS

RENNA F. CAMEL

NO.   2022 CW 1271

**MARCH 13, 2023**

---

In Re:   Renna F. Camel, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 720117.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

_a.S.O_

DEPUTY CLERK OF COURT
FOR THE COURT